UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL BURZO,

                              Plaintiff,            Civil Action 1:25-cv-02818

    v.                                            (Marutollo, J.)

FRANK BISIGNANO,[1]
Commissioner of Social Security,

                              Defendant.
-----------------------------------------------------------------x

## **STIPULATION AND ORDER FOR REMAND**

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that, on remand, the Commissioner will (1) offer Plaintiff the opportunity for a new hearing and (2) issue a new decision.

Therefore, based upon the stipulation of the parties, the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation.  Further, based on the stipulation of the parties, the Clerk of Court is directed to enter final judgment on the complaint in favor of Plaintiff, reversing the final decision of the Commissioner.

Dated: July 21, 2025

---

[1]     Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he should be substituted as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                    HAROLD SKOVRONSKY, ESQ.
*Attorney for Plaintiff*

By:    */s/ Harold Skovronsky*
      Harold Skovronsky
      1810 Avenue N
      Brooklyn, NY 11230
      (718) 336-8886
      Email: lawhs@aol.com

JOSEPH NOCELLA, JR.
*Attorney for Defendant*
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:    */s/ Hugh Dun Rappaport*
      Hugh Dun Rappaport
      Special Assistant United States Attorney
      Office of Program Litigation, Office 2
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      617-565-2380
      Email: Hugh.Dun.Rappaport@ssa.gov

Dated: July 21, 2025
SO ORDERED:

*Joseph A. Marutollo*
JOSEPH A. MARUTOLLO
UNITED STATES DISTRICT JUDGE